# Order

**Michigan Supreme Court**
**Lansing, Michigan**

December 21, 2009

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

139474-
139475

GARY WARD and CLAUDIA WARD,
     Plaintiffs/Counter-
     Defendants-Appellees,

v

BARRON PRECISION INSTRUMENTS, LLC
and HASSAN PROPERTY MANAGEMENT,
LCC,
     Defendants/Counter-
     Plaintiffs-Appellants.

SC: 139474
COA: 280461
Genesee CC: 03-077358-CH

_____

GLENN M. HOWARTH and ANNE M.
HOWARTH,
     Plaintiffs-Appellees,

v

BARRON PRECISION INSTRUMENTS, LLC
and HASSAN PROPERTY MANAGEMENT,
LCC,
     Defendants-Appellants.

SC: 139475
COA: 280462
Genesee CC: 03-077850-CH

_____/

On order of the Court, the application for leave to appeal the May 26, 2009 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

December 21, 2009

_____
Clerk

y1214